No. 14,464.

HANSON v. HOGAN.
(101 P. [2d] 1120)

Decided March 25, 1940.   Rehearing denied April 22, 1940.

Judgment affirmed in department without written opinion, Mr. Justice Bakke, Mr. Justice Otto Bock and Mr. Justice Burke participating.

Mr. CHARLES E. COUGHLIN, for plaintiff in error.

Mr. W. A. ALEXANDER, Mr. CECIL M. DRAPER, Mr. L. C. GERDING, JR., for defendant in error.